No. 00–1141. DVORAK v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to file a portion of the appendix under seal granted. Certiorari denied. 